835 A.2d 681

IN THE MATTER OF JAMES I. PECK, IV, AN ATTORNEY
AT LAW (ATTORNEY NO. 003961974).

December 3, 2003.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JAMES I. PECK, IV,** of **WEST ORANGE,** who was admitted to the bar of this State in 1974, and who was suspended from the practice of law for a period of one year effective October 25, 2001, by Order of this Court filed July 24, 2003, be restored to the practice of law, effective immediately.